JASON LATRELL THOMAS T-13205
Name and Prisoner/Booking Number
California Medical Facility
Place of Confinement
PO Box 2000
Mailing Address
Vacaville, Ca. 95696-2000
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
AUG 19 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ Northern DISTRICT OF CALIFORNIA

JASON LATRELL THOMAS,
(Full Name of Plaintiff)
    Plaintiff,

v.

(1) Sergeant V. Minglana,
(Full Name of Defendant)
(2) _____,
(3) _____,
(4) _____,
    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Salinas Valley State Prison

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)               (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)               (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)               (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)               (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _8_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Thomas__ v. __Guffey et. al.__
      2. Court and case number: __2:14-cv-0066 JAM KJN__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Settled__

   b. Second prior lawsuit:
      1. Parties: __Thomas__ v. __Terry, et. al.__
      2. Court and case number: __2:12-cv-0471 MCE-CMK__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Settled__

   c. Third prior lawsuit:
      1. Parties: __Thomas__ v. __M. Ali et al,__
      2. Court and case number: __2:20-cv-00864 JDP__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [x] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   __See Attached Complaint__

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   __See Attached Complaint__

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No
   b. Did you submit a request for administrative relief on Claim I?  [x] Yes  [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level?  [x] Yes  [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

PART D.   REQUEST FOR RELIEF:

Defendant pay Plaintiff approximately $26,000 in punitive, compensatory damages and cost of suit.

Dated: 8-1-22

Respectfully Submitted

Jovan L. Thames
Plaintiff

Jason Latrell Thomas T-13205
California Medical Facility
PO Box 2000
Vacaville, Ca. 95696-2000

FILED
RECEIVED
AUG 09 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jason Latrell Thomas,
    Plaintiff,
v.
Sergeant V. Minglana,
    Defendants.

Case No. _____

42 U.S.C § 1983
CIVIL COMPLAIN
DEMAND FOR TRIAL

## INTRODUCTION

1. Plaintiff Thomas files this civil action to redress grievances which violated the United States Constitution prohibition against retaliation for protective conduct and failure to protect pursuant to the First and Eighth Amendments.

## JURISDICTION AND VENUE

2. This court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331.

3. Venue is proper under 28 U.S.C. § 1391(b) because the claims took place at the Salinas Valley State Prison in Soledad, California within CDCR.

see back →

## PARTIES

4. Jason Latrell Thomas is the pro-se plaintiff currently housed at CMF, Vacaville.

5. V. Minglana, is at all times an Defendant who works for CDCR. She holds the position of Sergeant at the Salinas Valley State Prison.

6. Defendant V. Minglana violated Plaintiff's constitutional right by acting and failing to act to protect Plaintiff when he informed her of safety concerns. Minglana disregarded his safety and than issued him rule violation reports in retaliation for informing her of his safety concerns. She acted under color of law and within the scope of her employment at all times relevant to this lawsuit.

7. Unless otherwise noted, Defendant V. Minglana is sued in her individual capacity.

## FACTS

8. In early 2021 I arrived back to D-facility at the Salinas Valley State Prison, after discharge from the Department of State Hospital.

9. During this time I was approached by an prison gang associate Inmate Jackson CDCR# AT-8675 who offered to pay me $30.00 to make his T.V. play music from his CD player after he heard my music playing out of my T.V.

10. I agreed and took Jackson's T.V. inside my assign cell.

11. When I plugged up the T.V. and pushed the power button, the T.V. did not come on at all.

12. I immediately told Inmate Jackson, but he accused me of breaking his T.V. and threaten to stab me if I did not pay him $250.00.

13. Jackson stated, "I know you go to canteen and get packages and I associate with I.R., so you know we have real knives".

14. "I.R." stands for Independent Rider, a protective custody prison gang.

15. As a couple of months went by the situation became intense, I did not want to pay him after I discovered that his T.V. was not broken, he had a shortage in the power button to which he would have to slightly tap on the side of the T.V. in order to turn on the power.

16. I had three options, make an manafacture prison weapon to stab him, pay him the $250.⁰⁰, or go to custody for protection.

17. I chose to inform custody of the situation.

18. Around April 8th, 2021 I initially informed mental health of the situation.

19. Mental health informed Defendant Minglana who came to interview me.

20. After explaining everything to Defendant she told me, "I'm not sending you to the hole (Ad-seg) because of a T.V., but if you say its a drug debt I'll let you go to ASU."

21. I refused at which time Defendant said pay the $250.⁰⁰ than and left.

22. Defendant Minglana went to Inmate Jackson and told him that I was claiming that he was trying to extort me. Inmate Jackson denied it.

23. I was than called to the Lieutenant (Beam) officer in D-facility program where Defendant Minglana was present.

24. Defendant told me that I was a liar and right in front of Lieutenant Beam told me to say its a drug debt. I refused stating, "Why would I tell you that lie, I don't even do drugs."

4 of 10

25. Lieutenant Beam issued an lockup order and placed me in ASU (Ad-seg) under safety concerns.

26. Defendant Minglana than issued me two disciplinary reports (RVR log# 7077419) charging me with behavior that could lead to violence by me taking Jacksons T.V. and breaking it.

27. At the same time submitted an 128(b) information Chrono stating that my safety concerns were fabricated.

28. I went to classification and was deemed an liar and told by the Captain to pay the "extortion" and than sent back to D-facility.

29. I was found not guilty of the disciplinary report issued by Defendant Minglana.

30. I eventually paid the extortion in exchange of my safety.

31. I was interviewed by an Lieutenant and a psych Docter when I explained what had took place and informed them that I paid the extortion and no longer have safety concerns.

5 of 10    see back →

## CLAIM I
### Failure to protect in violation of the 8th Amendment

32. Plaintiff incorporates each paraph of this complaint as if restated fully herein.

33. Defendant personally disregarded a serious risk to my safety when she personally knew of the risk, but ignore it and acted unreasonable.

34. Her conduct placed my life at risk and she failed to intervene but heighten the situation by improperly disclosing confidential information to the perpetrator which ultimately force me to pay an $250.00 extortion.

35. Defendant actions and conduct were extremely outrageous and rooted in the abuse of power or authority, and were undertaken with willful intent to cause harm by recklessly disregarding an serious risk to my safety.

36. The willful failures of Defendant shocks the conscient of society and she assisted in the success of the extortion, by not only informing the Inmate of what I told her but by falsifying RVRs and information reports deeming me a liar without just cause, but at the same time issuing an RVR indicating my claims were facts that could lead to violence.

37. Defendants' wrongful conduct became seriously despicable when she wanted me to fabricate a drug debt story in order to receive protection.

38. He conduct amounts to a constitutional violation because she deprived me of rights to be protected from threats of violence, including extortion.

39. Her behavior violates law, regulation, policy and ethical/professional standards per Title 15, California Code of Regulations § 3084(9) and 3191, and amounts to deliberate indifference to my 8th Amendment rights.

40. As a direct result, I suffered and continue to suffer and will continue to suffer from shame, humiliation, degradation, emotional distress, embarrassment, mental distress, PTSD symptoms which requires higher level of mental health care.

41. An actual controversy exists between myself between myself and Minglana concerning our rights, privileges, duties and obligations.

42. Minglana was the sole reason why I was left to the risk of danger and made to pay the extortion, without her conduct CDCR prison officials would have helped me and protected me as a matter of law, and duty. I am entitled to an award of exemplary damages.

7 of 10   see back ⟹

## CLAIM II
### Retaliation for Protective Conduct in violation of the First Amendment

43. Plaintiff incorporates each paragraph of this complaint as if fully restated herein.

44. Defendant retaliated against Plaintiff for seeking protection from a serious risk to his safety.

45. Defendant issued contradictive disciplinary reports and assisted in the extortion all because Plaintiff sought out protection.

46. Defendants' misconduct resulted in an unjust tortious infliction of mental distress which cause Plaintiff's mental state to decline.

47. The misconduct was objectively unreasonable, unnecessary and contrary to CDCR rules, procedures, policies and violated the First Amendment because Plaintiff have an protected right to seek protection from law enforcements.

48. Defendant acted under the color of law and was undertaken pursuant to CDCR policies and customs.

# CLAIM III
## 42 U.S.C § 1983 - Failure to Intervene

49. Plaintiff incorporates each paragraph of this complaint as if restated fully herein.

50. Defendant Minglana were aware of the serious risk to my safety and was in position to intervene but failed and than assisted in the success of the extortion.

56. She was aware and had a duty and opportunity to intervence to prevent the extortion, but instead choose to assist in the lawful conduct.

57. Based on her failures, I suffered and continue to suffer.

58. Defendant actions violated the Constitution.

59. Plaintiff is entitled to exemplary damages

## PRAYER FOR RELIEF

90. Wherefore, Plaintiff respectfully prays for relief as follows:

1. Issue a declaratory judgment that the defendant's action violated plaintiff's rights under the U.S. Constitution.

2. Award Plaintiff compensatory from Defendant in amount of $12,000.00;

3. Award Plaintiff punitive damages from Defendant in the amount of $12,000.00

4. Cost of suit; and

5. any other relief this court deems reasonable & proper.

## TRIAL BY JURY

Jury trial is requested

## VERIFICATION

I, Jason Latrell Thomas have read the foregoing complaint and I declare that the information herein is true and correct under the penalty of perjury.

Dated: 8-1-22

*Jason L Thomas*
pro-se plaintiff

10 of 10

PROOF OF SERVICE

I, Jason L. Thomas is the pro-se Plaintiff. My address is PO Box 2000 Vacaville, Ca. 95696-2000

on  8-1-22  I mailed the attached complaint to:

U.S. District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

I declar that the foregoing is true and correct under the penalty of perjury.

Dated: 8-1-22

Jason Thomas
pro-se plaintiff

1 of 1

UNITED STATES DISTRICT COURT, ~~EASTERN~~ Northern DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JASON LATRELL THOMAS | Sergeant V. Minglana |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|
| | |

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☒ No        ☒ MONEY DEMANDED IN COMPLAINT: $ Approx. 26,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. § 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | **BANKRUPTCY** | ☒ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| ☐ 890 Other Statutory Actions | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☐ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:**  Case Number: _____

EDCA-JS44 (01/05)                          CIVIL COVER SHEET                          /s/ Jason Thomas, Plaintiff                    Page 1 o