UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>V. MINGLANA,<br><br>　　　　Defendant. | Case No. 22-cv-04765-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2024, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which states as follows:

> Plaintiff Jason Latrell Thomas and Defendant Minglana have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

Dkt. No. 41. The stipulation is signed by both Plaintiff and counsel for Defendants. *Id.* Because this stipulation is a dismissal of this entire action, it also dismisses all claims against the remaining defendants and terminates all pending motions. Accordingly, IT IS HEREBY ORDERED THAT this entire action and Defendant are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: April 10, 2024

_____
JON S. TIGAR
United States District Judge